UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENESIA ATTO,

    Plaintiff,                            Case No. 17-cv-13356

v.                                     Hon. Laurie J. Michelson

CITIBANK, N.A.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Venesia Atto and Defendant Citibank, N.A. hereby submit this Notice of Settlement to notify the Court that this lawsuit has been settled, and to request 30 days in which to file the dismissal.

*Respectfully submitted*,

| | |
|---|---|
| By: /s/Tarek N. Chami | By: /s/KJ Miller |
| Tarek N. Chami (P76407) | KJ Miller (P62014) |
| CHAMI LAW, PLLC | DICKINSON WRIGHT PLLC |
| Attorney for Plaintiff | Attorneys for Defendant |
| 16030 Michigan Ave., Ste. 215 | 350 S. Main Street, Ste. 300 |
| Dearborn, MI 48126 | Ann Arbor, MI 48104-2131 |
| (313)444-5029 | (734) 623-1610 |
| tarek@chamilaw.com | kjmiller@dickinsonwright.com |

Dated: January 17, 2018

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing Notice of Settlement was electronically filed on January 17, 2018 and sent to all parties by operation of the Court's electronic filing system, and the filing may be accessed through that system.

By: /s/ KJ Miller
KJ Miller (P62014)

ANNARBOR 58350-190 237634v1